UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| In re: | ) | |
|---|---|---|
| David E. Rivera | ) | |
| SS No. xxx-xx-4475 and | ) | Case No. 08-24539 SBB |
| Barbara J. Rivera | ) | Chapter 13 |
| SS No. xxx-xx-2214 | ) | |
| | ) | |
| Debtors. | ) | |

ORDER MODIFYING CONFIRMED CHAPTER 13 PLAN

THIS MATTER having come before the court on the Motion to Modify Confirmed Chapter 13 Plan filed by David E. Rivera and Barbara J. Rivera on March 30, 2010, at docket no. 32.  Proper notice having been given and no objections having been filed or any objections filed having been withdrawn, it is hereby

ORDERED that the Motion to Modify Confirmed Chapter 13 Plan is GRANTED.  The Modified Chapter 13 Plan dated March 30, 2010, at docket no. 34 is approved.  This order binds those creditors and parties in interest that have been properly served.  The debtors must make payments as specified by the plan as modified.

DATED    June 14, 2010

BY THE COURT:

_____
Sidney B. Brooks,
United States Bankruptcy Judge